# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL HELLMAN, individually on behalf of himself and all others similarly situated; FRANCISCO BERLANGA, individually on behalf of himself and all others similarly situated; TIM ARTOFF, individually on behalf of himself and all others similarly situated; CY MITCHELL, individually on behalf of himself and all others similarly situated; and JONATHAN LOLLAR, individually on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>POLARIS INDUSTRIES INC., a Delaware corporation; POLARIS SALES INC., a Minnesota corporation; POLARIS INDUSTRIES INC., a Minnesota corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:21-cv-00949-JAM-DMC<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT AND RESPOND TO ORIGINAL COMPLAINT (CUMULATIVE NOT MORE THAN 28 DAYS)** |

**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE AMENDED COMPLAINT AND RESPOND TO ORIGINAL COMPLAINT (CUMULATIVE NOT MORE THAN 28 DAYS)**

- 1 -

**PLEASE TAKE NOTICE** that the Court has reviewed the Stipulation to Extend Time to File Amended Complaint and Respond to Original Complaint of plaintiffs Michael Hellman, Francisco Berlanga, Tim Artoff, Cy Mitchell, and Jonathan Lollar ("Plaintiffs") and defendants Polaris Industries Inc., Polaris Sales Inc., and Polaris Inc.'s (f/k/a Polaris Industries Inc.) ("Defendants"). After review and consideration of the above, the Court **ORDERS** that:

1. Plaintiffs shall file and serve the Amended Complaint on or before July 14, 2021;

2. Defendants are relieved of their obligation to answer or otherwise respond to the Original Complaint; and

3. Defendants shall respond to the Amended Complaint within 14 days after service of the Amended Complaint.

**IT IS SO ORDERED.**

Dated: June 24, 2021 /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE