# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL HELLMAN, individually on behalf of himself and all others similarly situated; FRANCISCO BERLANGA, individually on behalf of himself and all others similarly situated; TIM ARTOFF, individually on behalf of himself and all others similarly situated; CY MITCHELL, individually on behalf of himself and all others similarly situated; and JONATHAN LOLLAR, individually on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> POLARIS INDUSTRIES INC., a Delaware corporation; POLARIS SALES INC., a Minnesota corporation; POLARIS INC. (f/k/a POLARIS INDUSTRIES INC.), a Minnesota corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 2:21-cv-00949-JAM-DMC <br><br> **CLASS ACTION** <br><br> **ORDER GRANTING STIPULATION EXTENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> **Date:** Nov. 2, 2021 <br> **Time:** 1:30 p.m. <br> **Judge:** John A. Mendez <br> **Courtroom:** 6, 14th Floor <br><br> Complaint Filed: May 25, 2021 <br> Trial Date: Not Set |

# ORDER

**PLEASE TAKE NOTICE** that the Court has reviewed the Stipulation Extending Briefing Schedule on Defendants' Motion to Dismiss First Amended Complaint of plaintiffs Michael Hellman, Francisco Berlanga, Tim Artoff, Cy Mitchell, and Jonathan Lollar ("Plaintiffs") and defendants Polaris Industries Inc., Polaris Sales Inc., and Polaris Inc.'s (f/k/a Polaris Industries Inc.) ("Defendants"). After review and consideration of the above, the Court **ORDERS** that:

1. Plaintiffs shall file and serve their Opposition to Defendants' Motion to Dismiss First Amended Complaint on or before October 5, 2021;

2. Defendants shall file and serve their Reply to Defendants' Motion to Dismiss First Amended Complaint on October 19, 2021; and

3. The hearing on Defendants' Motion to Dismiss First Amended Complaint is continued from September 28, 2021 to November 2, 2021.

**IT IS SO ORDERED.**

Dated:  September 10, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE