

# United States District Court
# Eastern District of California

MICHAEL HELLMAN, et al.,

Plaintiff(s)

V.

Polaris Industries, Inc., et al.,

Defendant(s)

Case Number: 2:21-cv-00949-JAM-DMC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Richard C. Godfrey _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendants Polaris Industries Inc., a Delaware corporation; Polaris Sales Inc., a Minnesota corporation; and Polaris Inc. (f/k/a Polaris Industries Inc.), a Minnesota corporation.

On  11/05/1979  (date), I was admitted to practice and presently in good standing in the  State of Illinois  (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 12-6-2021     Signature of Applicant: /s/ Richard C. Godfrey

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

Applicant's Name: Richard C. Godfrey
Law Firm Name: Kirkland & Ellis LLP
Address: 300 North LaSalle
City: Chicago   State: Illinois   Zip: 60654
Phone Number w/Area Code: (312) 862-2000
City and State of Residence: Oak Park, Illinois, part of the year, and Sanibel, Florida, part of the year
Primary E-mail Address: richard.godfrey@kirkland.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: David A. Klein
Law Firm Name: Kirkland & Ellis LLP
Address: 2049 Century Park East, Suite 3700
City: Los Angeles   State: California   Zip: 90067
Phone Number w/Area Code: (310) 552-4200   Bar #: 273925

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 6, 2021

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE