1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MICHAEL HELLMAN, individually on behalf of himself and all others similarly situated; and FRANCISCO BERLANGA, individually on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POLARIS INDUSTRIES INC., a Delaware corporation; POLARIS SALES INC., a Minnesota corporation; POLARIS INC. (f/k/a POLARIS INDUSTRIES INC.), a Minnesota corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-00949-JAM-DMC<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION EXTENDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE FEBRUARY 16, 2022 ORDER ON MOTION TO DISMISS**<br><br>Date:      June 7, 2022<br>Time:      1:30 p.m.<br>Judge:     Hon. John A. Mendez<br>Courtroom: 6, 14th Floor<br><br>Complaint Filed:  May 25, 2021<br>Trial Date:       Not Set |

**ORDER**

**PLEASE TAKE NOTICE** that the Court has reviewed the parties' Stipulation Extending Briefing Schedule on the Motion for Reconsideration of the February 16, 2022 Order on Motion to Dismiss filed by Plaintiffs Michael Hellman and Francisco Berlanga ("Plaintiffs"). After review and consideration of the parties' joint Stipulation, the Court **ORDERS** that:

1. Defendants Polaris Industries Inc., Polaris Sales Inc., and Polaris Inc. (f/k/a Polaris Industries, Inc.) shall file and serve their Opposition to Plaintiffs' Motion for Reconsideration on or before April 15, 2022;

2. Plaintiffs shall file and serve their Reply in support of their Motion for Reconsideration on or before April 25, 2022.

**IT IS SO ORDERED.**

DATED: March 10, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE