# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL HELLMAN, individually on behalf of himself and all others similarly situated; and FRANCISCO BERLANGA, individually on behalf of himself and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>POLARIS INDUSTRIES INC., a Delaware corporation; POLARIS SALES INC., a Minnesota corporation; POLARIS INC. (f/k/a POLARIS INDUSTRIES INC.), a Minnesota corporation,<br><br>Defendants. | CASE NO. 2:21-cv-00949-JAM-DMC<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING SECOND STIPULATION EXTENDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE FEBRUARY 16, 2022 ORDER ON MOTION TO DISMISS**<br><br>Date:        June 7, 2022<br>Time:       1:30 p.m.<br>Judge:      Hon. John A. Mendez<br>Courtroom: 6, 14th Floor<br><br>Complaint Filed:   May 25, 2021<br>Trial Date:            Not Set |

# ORDER

**PLEASE TAKE NOTICE** that the Court has reviewed the parties' Second Stipulation Extending Briefing Schedule on Plaintiffs' Michael Hellman and Francisco Berlanga ("Plaintiffs") Motion For Reconsideration of the February 16, 2022 Order on Motion to Dismiss. After review and consideration of the parties' joint Second Stipulation, the Court **ORDERS** that:

1. Defendants Polaris Industries Inc., Polaris Sales Inc., and Polaris Inc. (f/k/a Polaris Industries, Inc.) shall file and serve their Opposition to Plaintiffs' Motion for Reconsideration on or before April 22, 2022;

2. Plaintiffs shall file and serve their Reply in support of their Motion for Reconsideration on or before May 2, 2022.

**IT IS SO ORDERED.**

DATED: April 4, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE