UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL HELLMAN, et al.,                )  Case No. 2:21-cv-00949-JAMDMC
                                        )
                    Plaintiffs,         )  **ORDER DENYING PLAINTIFFS'**
                                        )  **MOTION FOR RECONSIDERATION**
        v.                              )
                                        )
POLARIS INDUSTRIES, INC.,               )
et al.,                                 )
                                        )
                    Defendants.         )
                                        )
                                        )
_____)

        Plaintiffs Michael Hellman, et al. ("Plaintiffs") seek
reconsideration of this Court's Order (ECF No. 36 "MTD Order"),
dismissing with prejudice Plaintiffs' claims for equitable
restitution under the CLRA, FAL and UCL. (ECF No. 38-1.)
Plaintiffs contend that the dismissal should have been without
prejudice, because the Court's ruling was that it lacked
jurisdiction and was not a ruling on the merits.  (ECF No. 38-1 at
1.)  Defendants Polaris Industries, Inc., et al. ("Defendants")
oppose Plaintiffs' motion for reconsideration (ECF No. 46).
Defendants argue that this Court correctly dismissed Plaintiffs'
equitable restitution claims with prejudice because Plaintiffs

1    failed to show they lacked an adequate legal remedy as required

2    under Sonner v. Premier Nutrition Corp., 971 F.3d 834, 840 (9th

3    Cir. 2020) and other precedent (ECF No. 46 at 1).

4         The Court agrees with Defendants.  The MTD Order on the

5    equitable restitution claims was a ruling on the merits.

6    Plaintiffs' failure to address Defendants' arguments concerning

7    these claims in their opposition to Defendants' motion to dismiss

8    was found to be a concession of Defendants' arguments with respect

9    to these claims.  The MTD Order does not state that the Court

10   believed it lacked jurisdiction over these claims, and Plaintiffs'

11   interpretation of the Court's ruling is incorrect and without

12   support.  As Defendants correctly argue, this Court granted

13   judgment against Plaintiffs on these equitable claims because they

14   failed to satisfy the equitable relief requirements and this

15   judgment was on the merits and with prejudice. (ECF No. 46 at 5-6.)

16   The Court did not err in dismissing Plaintiffs' equitable

17   restitution claims with prejudice and much less commit the "clear

18   error" that Plaintiffs must demonstrate to prevail on their motion

19   herein.

20        Plaintiffs' motion for reconsideration is DENIED.

21        IT IS SO ORDERED.

22   DATED: July 28, 2022

23

24                            _____

25                            JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE

26

27

28