**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| MICHAEL HELLMAN, individually on behalf of himself and all others similarly situated; and FRANCISCO BERLANGA, individually on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>POLARIS INDUSTRIES INC., a Delaware corporation; POLARIS SALES INC., a Minnesota corporation; POLARIS INC. (f/k/a POLARIS INDUSTRIES INC.), a Minnesota corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-00949-JAM-DMC<br><br>**CLASS ACTION**<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

# ORDER

**PLEASE TAKE NOTICE** that the Court has reviewed the parties' Stipulation Modifying Deadlines in Pretrial Scheduling Order and hereby **ORDERS** that the following deadlines apply:

| Event | Deadline |
| --- | --- |
| Close of Fact Discovery | October 31, 2022<br><br>No change to deadline, but applies to fact discovery only, not expert discovery. |
| Disclosure of Plaintiffs' Expert Witnesses | November 7, 2022 |
| Disclosure of Polaris's Expert Witnesses | December 16, 2022 |
| Supplemental Disclosure of Rebuttal Expert Witnesses | No rebuttals without leave of Court for good cause shown. |
| Close of Expert Discovery | January 16, 2023 |
| Dispositive Motions | February 24, 2023 |
| Hearing on Dispositive Motions | May 9, 2023 at 1:30 PM |
| Final Pretrial Conference | June 9, 2023 at 11:00 AM |
| Trial | July 24, 2023 at 9:00 AM |

**IT IS SO ORDERED.**

DATED: August 11, 2022                           /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
                                                 SENIOR UNITED STATES DISTRICT JUDGE

ORDER MODIFYING PRETRIAL SCHEDULING ORDER