**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO BERLANGA, et al., | No.  2:21-CV-0949-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| POLARIS INDUSTRIES, INC., et al., | |
| Defendants. | |

       Plaintiffs, who are proceeding with retained counsel, bring this civil action.  On November 4, 2022, the parties submitted a stipulation and proposed order for modification of the schedule for this litigation.  See ECF No. 57.  On November 17, 2022, the District Judge referred the matter to the undersigned for pre-trial scheduling, including review of the parties' November 4, 2022, stipulated request.  See ECF No. 59.

       On referral from the District Judge and in the absence of good cause appearing therefor, the parties' stipulation is not approved.  The Court notes that the most recent modified scheduling order issued on August 12, 2022, includes a deadline for completion of expert discovery prior to the deadline for hearing dispositive motions.  See ECF No. 51.  The current proposed modification does not address the deadline for completion of expert discovery and would have dispositive motions filed before such time as might be needed to conduct expert discovery following the agreed expert witness disclosure dates.

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.    The parties' stipulation for modification of the schedule, ECF No. 57, is

3    not approved; and

4          2.    The parties shall meet and confer and submit a revised stipulation within 7

5    days of the date of this order.

6

7    Dated:  December 9, 2022

8                                        _____
                                         DENNIS M. COTA
9                                        UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28