UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| FRANCISCO BERLANGA, | ) | CASE NO. 2:21-cv-00949-KJM-DMC |
| Plaintiff, | ) ) ) | **ORDER GRANTING STIPULATION MODIFYING DEADLINES IN** |
| v. | ) ) | **PRETRIAL SCHEDULING ORDER** |
| POLARIS INDUSTRIES INC., et al., | ) ) | Complaint Filed: May 25, 2021 |
| Defendants. | ) ) ) | Trial Date: Not Set |

# ORDER

Having reviewed the Parties' Stipulation Modifying Deadlines in Pretrial Scheduling Order ("Stipulation"), Dkt. No. 63, the Court finds good cause to GRANT the Stipulation. The case deadlines shall be modified as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Close of Fact Discovery | October 31, 2022 | December 12, 2022[1] |
| Disclosure of Plaintiffs' Expert Witnesses | November 7, 2022 | January 27, 2023 |
| Disclosure of Polaris's Expert Witnesses | December 16, 2022 | March 10, 2023 |
| Supplemental Disclosure of Rebuttal Expert Witnesses | No rebuttals without leave of Court for good cause shown. | No rebuttals without leave of Court for good cause shown. |
| Close of Expert Discovery | January 16, 2023 | April 21, 2023 |
| Dispositive Motions | February 24, 2023 | May 5, 2023 |
| Hearing on Dispositive Motions | May 9, 2023 at 1:30 PM | June 30, 2023 at 1:30 PM |

**IT IS SO ORDERED.**

Dated:  December 21, 2022



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties' stipulation was submitted on December 16, 2022. The Court therefore concludes that the parties have completed fact discovery.