UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shawn Spencer,<br><br>            Plaintiff,<br><br>    v.<br><br>Honda Motor Corp., Ltd, et al.,<br><br>            Defendants. | No. 2:21-cv-00988-TLN-DMC |
| Michael Hellman, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>Polaris Industries, Inc., et al.,<br><br>            Defendants. | No. 2:21-cv-00949-KJM-DMC<br><br>ORDER DECLINING<br>TO RELATE CASES |

The court has reviewed the notice of related cases filed in the above actions and has determined they are not related within the meaning of Local Rule 123(a).

IT IS SO ORDERED.

DATED: January 10, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1