UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francisco Berlanga, | No. 2:21-cv-00949-KJM-DMC |
| Plaintiff, | ORDER |
| v. | |
| Polaris Industries, Inc., et al.. | |
| Defendants. | |

The court grants the parties' joint motion for an increase in page limits, as follows:

- Plaintiff may file a motion for class certification of up to 25 pages.
- Defendant Polaris may file an opposition to this motion of up to 25 pages.

This order resolves ECF No. 70.

IT IS SO ORDERED.

DATED: March 29, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1