**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| FRANCISCO BERLANGA, | ) | CASE NO. 2:21-cv-00949-KJM-DMC |
|       Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING STIPULATION MODIFYING DISPOSITIVE MOTION DEADLINES** |
| POLARIS INDUSTRIES INC., et al., | ) | |
|       Defendants. | ) | |

## <u>ORDER</u>

**PLEASE TAKE NOTICE** that the Court has reviewed the parties' Stipulation Modifying Dispositive Motion Deadlines.  After review and consideration of the parties' Stipulation, the Court **ORDERS** that:

    1.    The dispositive motions currently due to be filed on May 5, 2023 will now be due after the Court rules on Plaintiff's Motion for Class Certification; and

    2.    The hearing on dispositive motions currently scheduled for June 30, 2023 at 1:30 p.m. is hereby vacated, and will be rescheduled after the Court rules on Plaintiff's Motion for Class Certification.

    **IT IS SO ORDERED.**

DATED:  May 2, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING
STIPULATION MODIFYING DISPOSITIVE
MOTION DEADLINES

           CASE NO. 2:21-cv-00949-KJM-DMC