1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

**SACRAMENTO DIVISION**

11

| | | |
|---|---|---|
| FRANCISCO BERLANGA, | ) | CASE NO. 2:21-cv-00949-KJM-DMC |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING STIPULATION MODIFYING DISPOSITIVE MOTION DEADLINES** |
| POLARIS INDUSTRIES INC., et al., | ) | |
| Defendants. | ) | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>**ORDER**</u>

**PLEASE TAKE NOTICE** that the Court has reviewed the parties' Stipulation Modifying Dispositive Motion Deadlines.  After review and consideration of the parties' Stipulation, the Court **ORDERS**:

1.      Defendants' Opposition to Plaintiff's Class Certification Motion will be filed and served on or before July 10, 2023;

2.      Plaintiff's Reply in support of his Class Certification Motion will be filed and served on or before July 26, 2023; and

3.      The hearing on the Motion for Class Certification will remain as noticed for August 11, 2023 at 10:00 a.m. in Courtroom 3 of the above-entitled court.

**IT IS SO ORDERED.**

DATED:  June 1, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING
STIPULATION TO EXTEND BRIEFING
SCHEDULE

CASE NO. 2:21-CV-00949-KJM-DMC